UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------X

PEDRO SARMIENTO (AND WIFE, MELANEA : 07-CV-1531-AKH
SARMIENTO),

                    Plaintiff, : **APPEARANCE**

  - against - 

: **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                  Defendants.
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York      DICKSTEIN SHAPIRO LLP
       October 3, 2007

                         By: /s/ Judith R. Cohen_____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.